NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

DAVID ELDER (SBN 171510)
JOEL MARRERO (SBN 275601)
jmarrero@housingrightscenter.org
TERI YIN (SBN 240471)
3255 Wilshire Boulevard, Suite 1150
Los Angeles, CA 90010
TEL: (213) 387-8400 x1116 / FAX: (213) 381-8555

ATTORNEYS FOR: PLAINTIFF(S)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SERGIO SALAZAR, an individual, and ALMA SALAZAR, an individual,

Plaintiff(s),

v.

ZHI MIN LI, an individual,

Defendant(s).

CASE NUMBER

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for PLAINTIFF(S) (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| **PARTY** | **CONNECTION** |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| SERGIO SALAZAR, an individual | PLAINTIFF |
| ALMA SALAZAR, an individual | PLAINTIFF |
| ZHI MIN LI, an individual | DEFENDANT |

5/27/16
Date

Sign

Attorney for Plaintiffs
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)