UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-3741-CAS(AJWx) | Date | June 3, 2016 |
|---|---|---|---|
| Title | SERGIO SALAZAR, ET AL v. ZHI MIN LI | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| CONNIE LEE | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

N/A  N/A

**Proceedings:** (IN CHAMBERS) - PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION (Dkt. 9, filed June 2, 2016)

The Court is in receipt of plaintiffs *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction. Dkt. 9. Plaintiffs have not filed a proof of service in connection with their request for a temporary restraining order. Accordingly, plaintiffs request is **DENIED WITHOUT PREJUDICE**. If plaintiffs wish to renew their request for a temporary restraining order they are instructed to file with the Court a proof of service on defendants.

IT IS SO ORDERED

                                                                      00  :  00
                                            Initials of Preparer        CL