JOEL MARRERO (SBN 275601)
jmarrero@housingrightscenter.org
TERI YIN (SBN 240471)
3255 Wilshire Boulevard, Suite 1150
Los Angeles, CA  90010
Tel.:   (213) 387-8400 x1114
Fax:   (213) 381-5555

ATTORNEYS FOR PLAINTIFF(S)

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SERGIO SALAZAR, an individual, and ALMA SALAZAR, an individual,<br><br>            Plaintiffs,<br>      vs.<br><br>ZHI MIN LI, an individual,<br><br>            Defendant. | Case No.: CV16-03741-CAS-AJW<br><br>Assigned to Courtroom: 5<br>The Hon. Christina A. Snyder<br><br>**STIPULATION RE PLAINTIFFS AGREEMENT TO WITHDRAW THEIR APPLICATION FOR A PRELIMINARY INJUNCTION AND DEFENDANT'S AGREEMENT TO CEASE EFFORTS TO EVICT PLAINTIFFS'**<br><br>Action Commenced: 05/27/2016<br>Trial Date:  Not Set<br>Discovery Cut-Off:  Not Set<br>Law & Motion Cut-Off:  Not Set |

        Plaintiffs Sergio Salazar and Alma Salazar and Defendant Zhi Min Li, by and through their respective counsel, hereby stipulate and agree that Plaintiffs will not proceed with their application for a Preliminary Injunction.  Plaintiffs agree to

-1-

STIPLATION RE PLAINTIFFS AGREEMENT TO WITHDRAW

1 | pay rent timely and abide by all non-discriminatory rules at the subject property.
2 | In exchange, Defendant agrees to cease any efforts to evict Plaintiffs.
3 |     The parties also hereby agree to request the Court remove the June 29, 2016,
4 | hearing off calendar.

Dated:  6/24/16                      Respectfully Submitted,

JOEL MARRERO*
Attorney for Plaintiff(s)

Dated:  6/24/16

                              /s/
                          RANDOLPH RAMIREZ
                          Attorney for Defendant

*(Per local 5-4.3.4 the filer attests that all signatories have concurred in the filing's

contents and have authorized the filing)

STIPLATION RE PLAINTIFFS AGREEMENT TO WITHDRAW

**CERTIFICATE OF SERVICE**

I am over the age of 18 years and am not a party to the within action.  My business address is 3255 Wilshire Boulevard, Suite 1150, Los Angeles, CA 90010.

On June 24, 2016, I served a true and correct copy of the following document(s): 1) **STIPULATION RE PLAINTIFFS AGREEMENT TO WITHDRAW THEIR APPLICATION FOR A PRELIMINARY INJUNCTION AND DEFENDANT'S AGREEMENT TO CEASE EFFORTS TO EVICT PLAINTIFFS'**; 2) **[PROPOSED] ORDER** upon the following person(s):

| | |
|---|---|
| Randolph R. Ramirez<br>Law Office of Donald T. Dunham &<br>Associates<br>8632 East Valley Boulevard, Suite P<br>Rosemead, CA 91770<br>Tel.:  (626) 288-1699 x306<br>Fax:  (626) 288-1695<br>Randolph.Ramirez@yourlegalneeds.net | Attorney(s) for Defendant(s)<br><br>ZHI MIN LI |

In the following manner(s):

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING**:  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF System.  Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on this June 24, 2016 at Los Angeles, California.

Vickie Scarborough-Willis