**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO SALAZAR, et al. | **CASE NUMBER** |
| Plaintiff(s) | 2:16-cv-03741-CAS-AJW |
| v. | |
| ZHI MIN LI, | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

ZHI MIN LI                    ☐ Plaintiff  ☒ Defendant  ☐ Other _____
_____*Name of Party*_____

to substitute  Melissa T. Daugherty                                                        who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

Lewis Brisbois Bigaard & Smith LLP, 633 West 5th Street, Suite 4000
_____*Street Address*_____

Los Angeles, CA 90071                          Melissa.Daugherty@lewisbrisbois.cor
_____*City, State, Zip*_____                          _____*E-Mail Address*_____

213-580-3908                  213-250-7900                  227451
*Telephone Number*              *Fax Number*              *State Bar Number*

as attorney of record instead of  Randolph R. Ramirez.
_____
                    *List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**     ☒ **GRANTED**     ☐ **DENIED**

Dated     October 25, 2016                    _Christina A. Snyde_____
                                        Christina A. Snyder, U. S. District Judge

G–01 ORDER (12/14)          (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY